2026 MAY 8 AM10:28

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

FORMS TO BE USED FOR APPLICATIONS
OF HABEAS CORPUS UNDER 28 U.S.C. § 2254
(Formulario para peticiones de Habeas Corpus
bajo Título 28, § 2254)

26-cv-1276 SCC

_Dennis Cotto Alvarado_
NAME (Nombre)

_____     (Ponce Maximum Security Inst.)
                          _Institución Ponce Maxima Seguridad_
PRISONER NUMBER           PLACE OF CONFINEMENT
(Número de prisionero)    (Lugar de reclusión)

United States District Court for the District of _Puerto Rico_
(Tribunal de Distrito de los Estados Unidos para el Distrito de)

CASE NUMBER (Número de caso) Civil No. _____

To be supplied by the Clerk of the U.S. District Court.
(Será proporcionado por el Secretario del Tribunal de Distrito de
los Estados Unidos.)

_Dennis Cotto Alvarado_ ,        PETITIONER
FULL NAME:  Include name under   (Peticionario)
Which you were convicted
(NOMBRE COMPLETO:  incluya el nombre
bajo el cual fue sentenciado)

_Pedro Santos Echevarría_ ,      RESPONDENT
NAME OF WARDEN, SUPERINTENDENT,  (Demandado)
JAILOR, OR AUTHORIZED PERSON
HAVING CUSTODY OF PETITIONER
(NOMBRE DEL ALCAIDE, SUPERINTENDENTE,
CARCELERO, O PERSONA QUE TIENE
LA CUSTODIA DEL PETICIONARIO.)
                          and (y)

THE ATTORNEY GENERAL OF THE STATE OF _Lourdes Gómez Torres_
(El Secretario de Justicia del estado)   ADDITIONAL RESPONDENT
                                         (Segundo demandado)

    If petitioner is attacking a judgment which imposed a sentence
to be served in the future, petitioner must fill in the name of the
state where the judgment was entered.  If petitioner has a sentence
to be served in the future under a federal judgment which he wishes
to attack, he should file a motion under 28 U.S.C. § 2255, in the
federal court which entered the judgment.

- See Reverse Side -
(Al dorso)

Page - 2 -

(Si el peticionario está impugnando un fallo que impuso una sentencia que ha de cumplirse en el futuro, deberá incluir el nombre del estado en que se dictó la sentencia.  Si el peticionario tiene que cumplir una sentencia futura dictada por un tribunal federal y desea impugnar dicha sentencia, deberá radicar una moción bajo el Título 28 del Código de los EE.UU., sección 2255, en el tribunal federal que dictó el fallo.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
(Solicitud de Habeas Corpus por una persona bajo custodia estatal)

1.  This petition must be legibly handwritten or typewritten, signed by the petitioner under penalty of perjury.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question use reverse side of sheet.

    (Esta solicitud debe estar escrita a mano en letra clara o a maquinilla, firmada por el peticionario bajo pena de perjurio. Cualquier declaración falsa sobre algún dato importante podrá servir de base para un procedimiento y condena por perjurio. Todas las preguntas deben contestarse en forma concisa utilizando el espacio disponible en el formulario.  De necesitar más espacio para contestar alguna de las preguntas, use el reverso de la página.)

2.  Additional pages are not permitted.  No citations of authorities need to be furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

    (No se permite usar páginas adicionales.  No es necesario citar jurisprudencia.  De someterse memorandos o alegatos, estos deberán someterse en un documento aparte.)

3.  Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

    (Una vez pague la cantidad de $5.00 por derechos de radicación, su solicitud se radicará si la misma está en orden.)

4.  If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which case you must execute the affidavit on the last page setting forth information establishing your inability to prepay the fees and costs or give security therefor.

- See Reverse Side -
(Al dorso)

Page - 3 -

(Si usted no tiene el dinero para pagar los derechos de radicación, podrá solicitar autorización para proceder en forma de pobre, en cuyo caso deberá firmar la declaración jurada que aparece en la última página para establecer que no le es posible pagar por adelantado los derechos de radicación y las costas, ni ofrecer garantías por las mismas.)

5. Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(Sólo podrán impugnarse en una petición de Habeas Corpus las sentencias dictadas por un mismo tribunal. Si usted quiere impugnar las sentencias dictadas por distintos tribunales, ya sea en el mismo estado o en estados diferentes, deberá radicar solicitudes separadas para cada tribunal.)

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting each grounds for relief in the petition you file seeking relief from any judgment or conviction.

(Se les apercibe del hecho de que debe incluir todas las razones por las que solicita un remedio y los hechos que sustentan dichas razones en la solicitud que radique para pedir un remedio respecto a cualquier sentencia o condena.)

7. When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the District of Puerto Rico whose address is:

(Una vez haya llenado debidamente la solicitud, deberá enviar por correo el original y dos copias a la Secretaría del Tribunal Federal para el Distrito de Puerto Rico, a la siguiente dirección:)

U.S. District Court for Puerto Rico
Clerk's Office
150 Carlos Chardon St. Room 150
San Juan, PR  00918-1767

- See Reverse Side -
(Al dorso)

Page - 4 -

8.  Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

   (Las solicitudes que no cumplan con estas instrucciones se devolverán con una nota indicando la deficiencia.)

PETITION
(Petición)

1.  Name and location of court which entered the judgment or conviction under attack:

   (Nombre y ubicación del tribunal que dictó la sentencia o condena que usted impugna:)

   _Tribunal General de Justicia, Sala Superior de Ponce. Ponce, PuertoRico_
   _(General Justice Court, Ponce)_

2.  Date of judgment or conviction: _july 13, 2023_
   (Fecha de la sentencia o condena)

3.  Length of sentence: _25 years_
   (Término de la sentencia)

   Sentencing judge: _Zahira Torres Moro_
   (Juez sentenciador)

4.  Nature of offense or offenses for which you were convicted:
   (Naturaleza del delito o los delitos por los que fue sentenciado)

   _Art. 133 C.P.    (lascivious acts)_
   _Arts. 58 and 59  Law 246  (young people protection)_

5.  What was your plea?  Check one.
   (¿Cómo se declaró usted?  Marque uno.)

   a) Not-guilty ☐        b) Guilty ☒        c) Nolo contendere ☐
   (No culpable)         (Culpable)

   If you entered a guilty plea to one count or indictment, and a non guilty plea as to another count or indictment, give details:

   (Si usted se declaró culpable de un cargo o una acusación, y se declaró no culpable de otro cargo o acusación, especifique:)

   _____

   _____

   _____

- See Reverse Side -
(Al dorso)

Page - 5 -

6.    Kind of trial.  Check one.
      (Tipo de juicio.  Marque uno.)

      a) Jury ☒                              b) Judge only ☐
         (Por jurado)                           (Tribunal de Derecho)

*Trial ended by a deal at the moment of jury's selection*

*N/A correction by DCA*

7.    Did you testify at the trial?              Yes ☐        No ☒
      (¿Testificó en el juicio?)                 (Sí)         (No)

8.    Did you appeal judgment of conviction?     Yes ☐        No ☒
      (¿Apeló el fallo condenatorio?)            (Sí)         (No)

9.    If you did appeal, answer the following:
      (Si apeló, conteste lo siguiente:)

      a) Name of the court        _____
         (Nombre del tribunal)

      b) Result                   _____
         (Resultado)

      c) Date of result           _____
         (Fecha del resultado)

      If you filed a second appeal or filed a petition for certiotari
      in the Supreme Court, give details:

      (Si usted radicó una segunda apelación o radicó una petición de
      certiotari en el Tribunal Supremo, provea detalles:)

      _____

      _____

      _____

      _____

10.   Other than a direct appeal from the judgment of conviction and
      sentence, have you previously filed any petitions, applications,
      or motions with respect to this judgment in any court, state or
      federal?

      (Aparte de una apelación directa del fallo condenatorio y la
      sentencia, ¿ha radicado usted anteriormente alguna petición,
      solicitud o moción respecto a dicho fallo en algún tribunal
      estatal o federal?)

                                  Yes ☒            No ☐
                                  (Sí)             (No)

                          - See Reverse Side -
                              (Al dorso)

Page - 6 -

11. If your answer to question 10 was "yes", provide the following:
(Si su contestación a la pregunta número 10 fue "sí", indique lo siguiente:)

a)

1. Name of court *(Appeals Court of P.R.)* Tribunal de Apelaciones de P.R.
(Nombre del tribunal)

2. Nature of proceedings about Sentence Modification
(Naturaleza de los procedimientos)

3. Grounds raised (Razones aducidas) Exceeding a quarter of my sentence fulfilment, I used the option of sentence modification based on previous jurisprudence

4. Did you receive an evidentiary hearing on your petition, application or motion?
(¿Le concedieron una vista para presentar pruebas en respuesta a su petición, solicitud o acción?)

Yes ☐     No ☒
(Sí)          (No)

5. Result without basis (No ha lugar)
(Resultado)

correction made by DCA

6. Date of result ~~dec 12, 2025~~ August 20, 2025
(Fecha del resultado)

b) As to any second petition, application or motion give the same information:
(Provea la misma información respecto a una segunda petición, solicitud o moción.)

*(Recourse Administration Division of DCR)*

1. Name of court División de Remedios Administrativos del Dept. de Corrección y Rehabilitación de Ponce
(Nombre del tribunal)

2. Nature of proceedings Administrative resource
(Naturaleza de los procedimientos)

3. Grounds raised (Razones aducidas) Opposition against exclusion of benefits, given before, by laws # 85 and 87.

- See Reverse Side -
(Al dorso)

Page - 7 -

4. Did you receive an evidentiary hearing on your petition, application or motion?
(¿Le concedieron una vista para presentar pruebas en respuesta a su petición, solicitud o acción?)

Yes ☐      No ☒
(Sí)         (No)

5. Result        *negative (literally: No dispositiva)*
(Resultado)

6. Date of result      *1 oct 2025*
(Fecha del resultado)

c) As to any third petition, application or motion give the same information:
(Provea la misma información respecto a una tercera petición, solicitud o moción.)

*N/A*

1. Name of court        _____
(Nombre del tribunal)

2. Nature of proceedings    _____
(Naturaleza de los procedimientos)

3. Grounds raised (Razones aducidas) _____

_____

_____

_____

4. Did you receive an evidentiary hearing on your petition, application or motion?
(¿Le concedieron una vista para presentar pruebas en respuesta a su petición, solicitud o acción?)

Yes ☐      No ☐
(Sí)         (No)

5. Result        _____
(Resultado)

6. Date of result      _____
(Fecha del resultado)

- See Reverse Side -
(Al dorso)

Page - 8 -

d) Did you appeal the result of any action taken on any petition, application or motion to the highest state court having jurisdiction?
(¿Apeló usted el resultado de cualquier resolución dictada respecto a su petición, solicitud o moción al tribunal estatal de más alta jerarquía con jurisdicción?)

1. First petition, etc.          Yes ☐    No ☒
   (Primera petición, etc.)       (Sí)     (No)

2. Second petition, etc.         Yes ☐    No ☒
   (Segunda petición, etc.)       (Sí)     (No)

3. Third petition, etc.          Yes ☐    No ☐
   (Tercera petición, etc.)       (Sí)     (No)

e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why not.
(Si no apeló la resolución adversa que se tomó en cuanto a cualquier petición, solicitud o moción, explique brevemente por qué no lo hizo:)

_I had tried my best, but the lack of income and mental health drove my decisions; until now, that I Acquired motivation again._

12. State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.
(Exponga brevemente cada una de las razones por las que usted alega estar detenido ilegalmente.  Resuma brevemente los hechos que sustentan cada una de las razones.)

CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

- See Reverse Side -
(Al dorso)

Page - 9 -

(ADVERTENCIA:  Para poder iniciar un procedimiento en el tribunal federal, de ordinario debe usted agotar todos los recursos disponibles en los tribunales estatales en cuanto a cada una de las razones por las cuales solicita actuación judicial en el tribunal federal.  Si desea obtener un remedio federal, exponga en esta petición todas las razones en que se ha basado anteriormente para agotar todos los recursos estatales.  Si no expone tales razones en esta petición, más adelante podría verse impedido de presentarlas.)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.
(Para su información, incluimos a continuación una lista de las razones alegadas con mayor frecuencia al solicitar un remedio en un procedimiento de habeas corpus.)

Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held under custody unlawfully.

(Cada aseveración que está precedida por una letra constituye un motivo distinto para un posible remedio.  Para aducir cualquier otro motivo aparte de los enumerados si usted ha agotado todos los remedios estatales respecto de los mismos.  Sin embargo, deberá incluir en esta petición todas las razones disponibles (relacionadas con esta condena) en las que basa su alegación de encontrarse detenido ilegalmente.)

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.
(Si seleccionara una o más de una de estas causas para solicitar un desagravio, deberá alegar los hechos que sustentan la razón o las razones que seleccione.)

Do not check any of the grounds listed below.  This petition will be returned to you if you merely check (a) through (j) or any one of these grounds.
(No marque ninguno de los motivos enumerados a continuación.  Se le devolverá la petición si usted meramente marca de la "a" a la "j" o cualquiera de estas razones.)

- See Reverse Side -
(Al dorso)

Page - 10 -

a) Conviction obtained by a plea of guilty which was unlawfully
   induced or not made voluntarily with the understanding of the
   nature of the charge and the consequences of the plea.
   (La condena se obtuvo mediante una alegación de culpabilidad
   inducida ilegalmente, o no se hizo de forma voluntaria con
   conocimiento de la naturaleza del cargo y las consecuencias de
   declararse culpable.)

b) Conviction obtained by use of coerced confession.
   (La condena se obtuvo por medio de una confesión bajo
   coacción.)

c) Conviction obtained by use of evidence gained pursuant to an
   unconstitutional search and seizure (where the state has not
   provided a full and fair hearing on the merits of the Fourth
   amendment).
   (La condena se obtuvo mediante el uso de pruebas obtenidas como
   resultado de un registro y ocupación ilegales (donde el estado
   no concedió una vista exhaustiva y justa sobre los méritos que
   aduce la Cuarta Enmienda.)

d) Conviction obtained by use of evidence gained pursuant to an
   unlawful arrest, (where the state has not provided a full and
   fair hearing on the merits of the Fourth amendment claim).
   (La condena se obtuvo mediante el uso de pruebas obtenidas como
   resultado de un arresto ilegal (donde el estado no concedió
   una vista exhaustiva y justa sobre los méritos que aduce la
   Cuarta Enmienda.)

e) Conviction obtained by a violation of the privilege against
   self-incrimination.
   (La condena se obtuvo mediante una violación del privilegio de
   no incriminarse a sí mismo.)

f) Convictions obtained by the unconstitutional failure or the
   prosecution to disclose to the defendant evidence favorable to
   the defendant.
   (La condena se obtuvo porque la fiscalía no cumplió con su
   deber constitucional de revelar al acusado las pruebas a su
   favor.)

g) Conviction obtained by a violation of the protection against
   double jeopardy.
   (La condena se obtuvo mediante una violación de la protección
   a no ser procesado dos veces por el mismo delito.)

- See Reverse Side -
(Al dorso)

Page - 11 -

h) Conviction obtained by action of a grand or petit jury which
   was unconstitutionally selected and impaneled.
   (La condena se obtuvo mediante la actuación de un gran jurado
   o   jurado   de   juicio   seleccionado   y   constituido
   inconstitucionalmente.)

i) Denial of effective assistance of counsel.
   (Se le negó la asistencia legal adecuada.)

j) Denial of right to appeal.
   (Se le negó el derecho de apelación.)

k) Sentence is in excess of maximum authorized by law.
   (La condena excede el máximo autorizado por ley.)

Ground One: (Primer motivo) *Though I confessed my guilty, was not made with the understanding of charge's nature and consequences*

Supporting facts (tell your story briefly without citing cases
of law):
(Hechos justificativos (relate brevemente su versión de los
hechos sin citar precedentes ni leyes))

*Because I got two sentenced periods (15 years + 10 years) my lawyer believed they will convert in just one, concurrent the 10 years inside 15. According his advised, I accepted. Otherwise I will prefered a whole trial.*

- See Reverse Side -
(Al dorso)

Page - 12 -

Ground Two: (Segundo motivo) *I had lost my right to appeal*

Supporting facts (tell your story briefly without citing cases of law):
(Hechos justificativos (relate brevemente su versión de los hechos sin citar precedentes ni leyes))

*The trial process was so confusing, I missed the opportunity of appealing, being in federal custody and then in P.R custody. It took more than 30 days to be clear of consequences of my decision.*

Ground Three: (Tercer motivo) *Poor defense performance*

Supporting facts (tell your story briefly without citing cases of law):
(Hechos justificativos (relate brevemente su versión de los hechos sin citar precedentes ni leyes))

- See Reverse Side -
(Al dorso)

Page - 13 -

They didn't ask for a attenuating facts in my charges or probability of elimination of one of them.

Insted, they created panic on me, declaring that was better a 15 years deal than one of 50 years in prison

Ground Four: (Cuarto motivo) _____

_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing cases of law):
(Hechos justificativos (relate brevemente su versión de los hechos sin citar precedentes ni leyes))

_____

_____

_____

_____

_____

_____

_____

- See Reverse Side -
(Al dorso)

Page - 14 -

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not presented; and give your reasons for not presenting them:)
(Si alguno de los fundamentos enumerados en el 12A, B, C y D, no se han presentado anteriormente, indique brevemente cuáles de los fundamentos no se presentaron y por qué razón:)

_____

_____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
(¿Tiene usted alguna petición o apelación pendiente en algún tribunal en relación con la sentencia que está impugnando?)

Yes ☐        No ☒
(Sí)          (No)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein.
(Provea el nombre y la dirección, si lo sabe, de cada uno de los abogados que lo representaron en las siguientes etapas de la sentencia que está impugnando.)

a) At preliminary hearing: _Lic Juan Oscar Rodríguez López_
(En la vista preliminar)

_____

b) At arraignment and plead: _Lic Juan Oscar Rodríguez López_
(En la lectura de acusación y alegación)

_____

c) At trial: _Lics Juan Oscar Rodríguez López and_
(En el juicio) _Athos Vega De Jesús_

- See Reverse Side -
(Al dorso)

Page - 15 -

   d) At sentencing: *Lics Juan Oscar Rodríguez López and*
      (En la imposición de la sentencia)
            *Athos Vega De Jesús*

   e) On appeal:      *N/A*
      (En la apelación)


   f) In any post-conviction proceeding: *Lic José E. Picó Rodríguez*
      (En cualquier proceso posterior a la condena)


   g) On appeal from any adverse ruling in a post-conviction
      proceeding:
      (En la apelación de cualquier decisión adversa en un proceso
      posterior a la condena)
               *N/A*


16. Were you sentenced on more than one count of an indictment or
    information, or on more than one indictment or information in
    the same court at the same level?
    (¿Lo sentenciaron en un mismo tribunal y a la vez por más de
    un cargo en una acusación del Gran Jurado o del Fiscal o por
    más de una acusación del Gran Jurado o del Fiscal?)

                      Yes ☐         No ☒
                      (Sí)         (No)

17. Do you have any future sentence to serve after you complete the
    sentence imposed by the judgment under attack?
    (¿Tiene que cumplir alguna otra sentencia después de que termine
    de cumplir la sentencia impuesta por el fallo que está
    impugnando?)

                      Yes ☐         No ☒
                      (Sí)         (No)


   a) If so, give name and location of court which imposed sentence
      to be served in the future.
      (De ser así, dé el nombre y localización del tribunal que
      impuso la sentencia que ha de cumplir en el futuro.)


                    - See Reverse Side -
                      (Al dorso)

Page - 16 -

   b) And give date and length of sentence to be served in the future.
      (Provea también la fecha y término de la sentencia que cumplirá
      en el futuro.)

      _____

   c) Have you filed or do you contemplate filing any petition
      attacking the judgment which imposed the sentence to be served
      in the future?
      (¿Ha radicado o piensa radicar alguna petición para impugnar
      el fallo bajo el cual se impuso la sentencia que ha de cumplir
      en el futuro?)

                              Yes  ☐         No  ☒
                              (Sí)            (No)

       WHEREFORE, movant prays that the Court grants the relief to
which he may be entitled in this proceeding.
       (POR TODO LO CUAL, el peticionario solicita que el Tribunal le
conceda el remedio al que pueda tener derecho bajo este
procedimiento.)

       In ____*Ponce*____ , ____*Puerto Rico*____ .
       (En)

                    _____
                              Petitioner's signature
                           (Firma del peticionario)

       I declare under penalty of perjury that the foregoing is
true and correct.
       (Declaro so pena de perjurio que lo anterior es cierto y
correcto.)

       Signed this __27__ day of __*april*__ of 20__26__ .
       (Firmado hoy       del mes de              de 20      .)

                    _____
                              Petitioner's signature
                           (Firma del peticionario)

                        - See Reverse Side -
                           (Al dorso)